UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY EUBANKS, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Case No. 05 CV 1361 JCH |
| COTTRELL, INC. | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

This Matter is before the Court on various motions. Upon Consideration, the Court finds as follows:

**IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time to File Its Reply Brief in Support of its Motion for Summary Judgment and its Reply Brief in Support of its Daubert Motion (Doc. No. 71) is **GRANTED** and Defendants shall file theses Briefs no later than **Thursday, January 12, 2007**.

**IT IS FURTHER ORDERED** that Plaintiffs shall produce Linda Weseman for deposition, or show cause in writing why she cannot be produced, no later than **Friday, December 29, 2006**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Extension of Time to File its Reply Brief in Support of it's Daubert Motion (Doc. No. 69) is **DENIED** as moot.

Dated this 13th day of December, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE